Michael A. Hirst, Esq. CA Bar #131034
HIRST LAW GROUP, P.C.
200 B Street, Suite A
Davis, CA 95616
Tel: (530) 756-7700
Fax: (530) 756-7707

Michael I. Behn, Esq. IL Bar #6209610
BEHN & WYETZNER, CHARTERED
500 N. Michigan Avenue
Suite 850
Chicago, IL 60611
Tel: (312) 629-0000
Fax: (312) 327-0266

Vincent L. DiTommaso, Esq. IL Bar #6181810
DITOMMASO LUBIN, P.C.
3325 South Michigan Avenue
Suite 1000
Chicago, IL 60604
Tel: (630) 333-0000
Fax: (630) 333-0333

Attorneys for Plaintiff-Relator
Elisa Martinez

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA and STATE OF CALIFORNIA ex rel. ELISA MARTINEZ,<br><br>    Plaintiffs,<br><br>    v.<br><br>QUEST DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS INCORPORATED OF NEVADA, QUEST DIAGNOSTICS NICHOLS INSTITUTE, LABORATORY CORPORATION OF AMERICA HOLDINGS, LABORATORY CORPORATION OF AMERICA, and DOES 1 through 25,<br><br>    Defendants. | 2:12-cv-01970 KJM-GGH<br><br>**ORDER TO FILE COMPLAINT UNDER SEAL PURSUANT TO 31 U.S.C. § 3730(b)(2)** |

Order to File Complaint Under Seal

1    The Court having reviewed this matter, pursuant to the
2 authority set forth in the False Claims Act, 31 U.S.C. §
3 3730(b)(2), and good cause appearing therefor, hereby orders that
4 the complaint in this action shall be filed under seal and all
5 subsequent case filings shall remain under seal until further
6 order of this Court.
7 IT IS SO ORDERED.
8 Date:  July 31, 2012.

_____
UNITED STATES DISTRICT JUDGE

Order to File Complaint Under Seal

2