BENJAMIN B. WAGNER
United States Attorney
CATHERINE J. SWANN
Assistant United States Attorney
501 I Street, 10th Floor
Sacramento, California 95814
Telephone: (916) 554-2762
Fax: (916) 554-2900



Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , and STATE OF CALIFORNIA, *ex rel.* ELISA MARTINEZ,<br><br>        Plaintiffs,<br><br>    vs.<br><br>QUEST DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., QUEST DIAGNOSTICS INCORPORATED OF NEVADA, QUEST DIAGNOSICS NICHOLS INSTITUTE, LABORATORY CORPORATION OF AMERICA HOLDINGS, LABORATORY CORPORATION OF AMERICA, and DOES 1 through 25,<br><br>        Defendants. | 2:12-CV-1970 KJM KJN<br><br>**ORDER ON THE UNITED STATES' *EX PARTE* APPLICATION TO PARTIALLY LIFT THE SEAL ON THE *QUI TAM* COMPLAINT**<br><br>**FILED UNDER SEAL** |

Upon consideration of the United States' *Ex Parte* Application for a Partial Lifting of the

Seal, and for good cause shown,

IT IS HEREBY ORDERED that, at its option, the United States may disclose the existence

of this *qui tam* action along with the allegations raised by Relator, and provide a copy of the

complaint and any subsequent amended complaints filed, to any or all named defendants: QUEST

DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS CLINICAL LABORATORIES,

INC., QUEST DIAGNOSTICS INCORPORATED OF NEVADA, QUEST DIAGNOSICS

NICHOLS INSTITUTE, LABORATORY CORPORATION OF AMERICA HOLDINGS, and/or

LABORATORY CORPORATION OF AMERICA

     IT IS FURTHER ORDERED that the complaint and all other filings shall remain under seal,

except insofar as that seal has been partially lifted by this Court.

     IT IS SO ORDERED.

DATE:   June 30, 2014.

_____

UNITED STATES DISTRICT JUDGE