UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA , and STATE OF CALIFORNIA, ex rel. ELISA MARTINEZ,<br><br>Plaintiff,<br><br>v.<br><br>QUEST DIAGNOSTICS INCORPORATED, QUEST DIAGNOSTICS CLINICAL LABORATORIES, INC., and DOES 1-100,<br><br>Defendant. | No.  2:12-CV-1970 KJM KJN<br><br>ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a) and the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States of America and Relator Elisa Martinez have filed a Joint Stipulation of Dismissal in accordance with the terms of a settlement agreement (Agreement) entered into among the United States, Relator, and Defendants (the Parties) effective as of August 18, 2015.

Upon consideration of the Joint Stipulation, it is hereby ORDERED that:

1. All claims asserted in this action are dismissed with prejudice as to Relator.

1

1        2.      All claims in this action for the Covered Conduct as defined in the
Agreement among the Parties, are dismissed with prejudice as to the United States.  All other claims asserted in this action are dismissed without prejudice as to the United States.

     3.      All Parties shall bear their own costs related to the claims asserted in this action, except as otherwise provided in the Agreement.

IT IS SO ORDERED.

DATED: September 15, 2015.

_____
UNITED STATES DISTRICT JUDGE